**No. 10-9421. Paul Scinto, Sr., Petitioner v. Edward Glenn Preston, et al.**

563 U.S. 994, 131 S. Ct. 2453, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3635.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 232.

**No. 10-9422. Jason David Sheedy, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 994, 131 S. Ct. 2453, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3646.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9425. Hosea Byrd, Petitioner v. A. Arias, et al.**

563 U.S. 994, 131 S. Ct. 2453, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3815.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 105.

**No. 10-9427. Chester Adams, Petitioner v. Rick Jacobs, Warden.**

563 U.S. 994, 131 S. Ct. 2453, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3667.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9428. Myron N. Crisdon, Petitioner v. New Jersey Department of Education.**

563 U.S. 994, 131 S. Ct. 2454, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3817,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9429. Jose Curiel, Petitioner v. James Walker, Warden.**

563 U.S. 994, 131 S. Ct. 2454, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3644.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 413 Fed. Appx. 974.

**No. 10-9435. Anthony Demetrius Brown, Petitioner v. Georgia.**

563 U.S. 994, 131 S. Ct. 2454, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3708.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 288 Ga. 364, 703 S.E.2d 609.

**No. 10-9447. Herman Saunders, Petitioner v. Mississippi.**

563 U.S. 994, 131 S. Ct. 2455, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3668.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.